AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF _____ ALASKA

McKINLEY CAPITAL MANAGEMENT, INC., an
Alaska Corporation;

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 3:06 CV 0008 JKS

KATHRYN KELLY STEVENS, Trustee of the Naylor Grandchildren's Trust f/b/o Natalie Grace Naylor, Naylor Grandchildren's Trust f/b/o Hanah Elisabeth Naylor, Naylor Grandchildren's Trust f/b/o Madaline Leah Naylor, Naylor Grandchildren's Trust f/b/o Donna Claire Naylor, Naylor Grandchildren's Trust f/b/o Katherine Rose Stevens, Trevor James Stevens 1995 Trust, Grace Caroline Naylor 1996 Trust, Rhett Sentell Naylor 1997 Trust, Audrey Catherine Wheeler 1997 Trust, Naylor Children's Trust f/b/o Nancy Lavonne Henry, Naylor Children's Trust f/b/o Timothy Norwood Naylor, Naylor Children's Trust f/b/o Kathryn Kelly Stevens, Naylor Children's Trust f/b/o Douglas D. Naylor, Naylor Children's Trust f/b/o William S. Naylor, Jr.,

TO: (Name and address of defendant)

KATHRYN KELLY STEVENS, Trustee of the Naylor Grandchildren's Trusts & Naylor Children's Trusts, identified more fully in the Complaint served herewith.
407 S. Shadowbend
Friendswood, Texas 77546

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J.L. McCarrey, III General Counsel of McKinley Capital Management, Inc.
3301 C Street, Suite 500, Anchorage, Alaska 99503
Phone: (907) 563-4488; Fax: (907) 561-7142

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK

JAN 1 3 2006
DATE

_Sharon M. Fisher_ (signature)
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Friday, January 20th, 2006 at 3:45 P.M. |
| NAME OF SERVER (PRINT) MEL W. ROURKE | TITLE Private Investigator - TX/#A-01090 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1212 Falling Leaf Drive
Friendswood, Texas 77546

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Inclusive | $ 100.00 | $0.00  100.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 20th, 2006
                Date

Signature of Server   MEL W. ROURKE

CONFIDENTIAL SERVICES
P.O. Box 3717, Galveston, Texas 77552

Address of Server   (409) 744-1672

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.