IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| McKINLEY CAPITAL MANAGEMENT, INC., an Alaska corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KATHRYN KELLY STEVENS, Trustee of the Naylor Grandchildren's Trust f/b/o Natalie GraceNaylor, Naylor Grandchildren's Trust f/b/o Hanah Elisabeth Naylor, Naylor Grandchildren's Trust f/b/o Madaline Leah Naylor, Naylor Grandchildren's Trust f/b/o Donna Claire Naylor, Naylor Grandchildren's Trust f/b/o Katherine Rose Stevens, Trevor James Stevens 1995 Trust, Grace Caroline Naylor 1996 Trust, Rhett Sentell Naylor 1997 Trust, Audrey Catherine Wheeler 1997 Trust, Naylor Children's Trust f/b/o Nancy Lavonne Henry, Naylor Children's Trust f/b/o Timothy Norwood Naylor, Naylor Children's Trust f/b/o Kathryn Kelly Stevens, Naylor Children's Trust f/b/o Douglas D. Naylor, Naylor Children's Trust f/b/o William S. Naylor, Jr.,<br><br>　　　　Defendants. | Case No. 3:06-cv-00008 TMB |

## MOTION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, have agreed to resolve their disputes and execute mutual releases and to dismiss with prejudice the above-styled matter and the companion case between the parties presently pending in Court, for no payment by either party to the other.

Accordingly, the parties request that the Court enter its Order in conformity herewith.

PULMAN, BRESNAHAN & PULLEN, LLP

By _/s/ Randall A. Pulman_
Randall A. Pulman
Texas State Bar No. 16393250
Lance Hunter "Luke" Beshara
Texas State Bar No. 24045492
6919 Blanco Road
San Antonio, TX 78216
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
*Counsel for Plaintiffs*


ATKINSON & THAL, P.C.

By _/s/ Clifford K. Atkinson_
Clifford K. Atkinson
New Mexico Bar No. 106
Colorado Bar No. 22472
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111 Telephone
(505) 764-8374 Facsimile
*Counsel for Defendant McKinley Capital
Management, Inc.*

McKINLEY CAPITAL MANAGEMENT, INC.

See attached electronic signature
By_____
J.L. McCarrey III
General Counsel
Alaska Bar No. 7210059
3301 C Street, Suite 500
Anchorage, AK 99503
(907) 563-4488 Telephone
(907) 561-7142 Facsimile
*Counsel for Defendant McKinley Capital
Management, Inc.*

PULMAN, BRESNAHAN & PULLEN, LLP

By_____
Randall A. Pulman
Texas State Bar No. 16393250
Lance Hunter "Luke" Beshara
Texas State Bar No. 24045492
6919 Blanco Road
San Antonio, TX 78216
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
*Counsel for Plaintiffs*

ATKINSON & THAL, P.C.

By_____
Clifford K. Atkinson
New Mexico Bar No. 106
Colorado Bar No. 22472
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111 Telephone
(505) 764-8374 Facsimile
*Counsel for Defendant McKinley Capital Management, Inc.*

McKINLEY CAPITAL MANAGEMENT, INC.

By_____
J.L. McCarrey III
General Counsel
Alaska Bar No. 7210059
3301 C Street, Suite 500
Anchorage, AK 99503
(907) 563-4488 Telephone
(907) 561-7142 Facsimile
*Counsel for Defendant McKinley Capital Management, Inc.*