IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| McKINLEY CAPITAL MANAGEMENT, INC., an Alaska corporation,  Plaintiff,  vs.  KATHRYN KELLY STEVENS, Trustee of the Naylor Grandchildren's Trust f/b/o Natalie GraceNaylor, Naylor Grandchildren's Trust f/b/o Hanah Elisabeth Naylor, Naylor Grandchildren's Trust f/b/o Madaline Leah Naylor, Naylor Grandchildren's Trust f/b/o Donna Claire Naylor, Naylor Grandchildren's Trust f/b/o Katherine Rose Stevens, Trevor James Stevens 1995 Trust, Grace Caroline Naylor 1996 Trust, Rhett Sentell Naylor 1997 Trust, Audrey Catherine Wheeler 1997 Trust, Naylor Children's Trust f/b/o Nancy Lavonne Henry, Naylor Children's Trust f/b/o Timothy Norwood Naylor, Naylor Children's Trust f/b/o Kathryn Kelly Stevens, Naylor Children's Trust f/b/o Douglas D. Naylor, Naylor Children's Trust f/b/o William S. Naylor, Jr.,  Defendants. | Case No. 3:06-cv-00008 TMB |

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Stipulated Motion of the parties, the Court being advised in the premises hereby finds that no payment is being made by any party to the other for the releases given herein or for the Stipulation, but that adequate consideration exists in the respective promises exchanged by the parties, and that entry of this Order is in the interests of the parties.

Accordingly, the Court hereby orders, adjudges, and decrees that this matter shall be and hereby is dismissed with prejudice. The Court further orders, adjudges, and decrees that each party to this matter shall be responsible for payment of its own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

*Approvals:*

PULMAN, BRESNAHAN & PULLEN, LLP

By_____
Randall A. Pulman
Texas State Bar No. 16393250
Lance Hunter "Luke" Beshara
Texas State Bar No. 2404549
6919 Blanco Road
San Antonio, TX 78216
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
*Counsel for Plaintiffs*

ATKINSON & THAL

By_____
Clifford K. Atkinson
New Mexico Bar No. 106
Colorado Bar No. 22472
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111 Telephone
(505) 764-8374 Facsimile
*Counsel for Defendant McKinley Capital Management, Inc.*

McKINLEY CAPITAL MANAGEMENT, INC.

By_____
J.L. McCARREY, III, General Counsel
Alaska Bar No. 7210059
3301 C Street, Suite 500
Anchorage, AK 99503
(907) 563-4488 Telephone
(907) 561-7142 Facsimile
*Counsel for McKinley Capital Management, Inc.*

2

Accordingly, the Court hereby orders, adjudges, and decrees that this matter shall be and hereby is dismissed with prejudice. The Court further orders, adjudges, and decrees that each party to this matter shall be responsible for payment of its own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

*Approvals:*

PULMAN, BRESNAHAN & PULLEN, LLP

By /s/ _____
Randall A. Pulman
Texas State Bar No. 16393250
Lance Hunter "Luke" Beshara
Texas State Bar No. 2404549
6919 Blanco Road
San Antonio, TX 78216
(210) 222-9494 Telephone
(210) 892-1610 Facsimile
*Counsel for Plaintiffs*

ATKINSON & /s/ _____

By _____
Clifford K. Atkinson
New Mexico Bar No. 106
Colorado Bar No. 22472
201 Third St. NW, Suite 1850
Albuquerque, NM 87102
(505) 764-8111 Telephone
(505) 764-8374 Facsimile
*Counsel for Defendant McKinley Capital*
   *Management, Inc.*

McKINLEY CAPITAL MANAGEMENT, INC.

By   See attached electronic signature
_____
J.L. McCARREY, III, General Counsel
Alaska Bar No. 7210059
3301 C Street, Suite 500
Anchorage, AK 99503
(907) 563-4488 Telephone
(907) 561-7142 Facsimile
*Counsel for McKinley Capital Management, Inc.*