## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*McKinley Capital Mgmt. v. Stevens*
Case No. 3:06-cv-0008-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:   ORDER FROM CHAMBERS

     The parties have filed a joint motion for dismissal and have indicated that each party will bear its own costs and expenses. Docket No. 6. The motion at **Docket No. 6** is **GRANTED**. The Clerk is directed to enter judgment dismissing this action with prejudice.

     **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  <u>March 14, 2006</u>