```
                   UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

MCKINLEY CAPITAL MANAGEMENT,
INC.,
          Plaintiff,
                                   Case Number 3:06-CV-00008-TMB
v.

KATHRYN KELLY STEVENS,
Trustee, et al.
ET AL.
          Defendants.             **JUDGMENT IN A CIVIL CASE**


\_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 X    **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

          IT IS ORDERED AND ADJUDGED:

          THAT this action is DISMISSED with prejudice.


APPROVED:

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
United States District Judge

_____
Date: March 15, 2006

*NOTE: Award of prejudgment interest,*         _____
*costs and attorney's fees are governed*
*by D.Ak. LR 54.1, 54.3, and 58.1.*             Ida Romack, Clerk of Court


[McKinley Capital judgment.wpd]{JMT2.WPT*Rev.3/03}